JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES MICHAEL BURGE<br><br>    Defendant. | CR No.: 3-08-70181 MAG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

    On November 12, 2008, the parties in this case appeared before the Court for a preliminary hearing. The parties requested and the Court agreed to continue the preliminary hearing to November 21, 2008. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from November 12, 2008, to and including November 21, 2008. The parties agree that – taking into account the public interest in prompt disposition of criminal cases  good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. This continuance is the reasonable time

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG

1  necessary for continuity of defense counsel and effective preparation of defense counsel, taking
2  into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also
3  agree that the ends of justice served by granting such a continuance outweigh the best interests of
4  the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

```
                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                                   /s/
DATED: _____            _____
                                            OWEN P. MARTIKAN
                                            Assistant United States Attorney

                                                   /s/
DATED: _____            _____
                                            PETER GOODMAN
                                            Attorney for James Michael Burge
```

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from November 12, 2008, to and including November 21, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny Mr. Burge continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: November 19, 2008          _____
                                            HON. BERNARD ZIMMERMAN
                                            United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG